# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT BERG, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  v.<br><br>ENERNOC, INC., TIM HEALY, DAVID BREWSTER, KIRK ARNOLD, JIM BAUM, ARTHUR W. COVIELLO, JR., TJ GLAUTHIER, GARY HAROIAN, ENEL S.P.A., ENEL GREEN POWER NORTH AMERICA, INC., and PINE MERGER SUB INC.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:17-cv-11331<br>)<br>) JURY TRIAL DEMANDED<br>)<br>) CLASS ACTION<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses with prejudice as to Plaintiff only and without prejudice as to the putative class in the above-titled action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: August 24, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**RM LAW, P.C.**
1055 Westlakes Drive, Suite 300
Berwyn, PA 19312
(484) 324-6800

**MATORIN LAW OFFICE, LLC**

By: */s/ Mitchell J. Matorin*
Mitchell J. Matorin (BBO# 649304)
18 Grove Street, Suite 5
Wellesley, MA 02482
(781) 453-0100
mmatorin@matorinlaw.com

*Attorneys for Plaintiff*

**Certificate of Service**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and copies will be sent to those indicated as non-registered participants on August 24, 2017, as follows:

    Koji Fukumura
    Cooley LLP
    4401 Eastgate Mall
    San Diego, CA 92121-1909
    kfukumura@cooley.com

/s/ Mitchell J. Matorin